

```
NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR OR PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER
Jeffrey J. Zuber (SBN 220830)
Zuber Lawler & Del Duca LLP
777 S. Figueroa Street, 37th Floor
Los Angeles, CA 90017
(213) 596-5620
```

FILED
2013 FEB 22 PM 4:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

ATTORNEY(S) FOR: Plaintiff Richard L. Chang

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| RICHARD L. CHANG | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV13-01340 JAK (ANx) |
| v. | |
| BIOSUCCESS BIOTECH, CO., LTD and DOES 1 through 10, Inclusive, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff, Richard L. Chang
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Richard L. Chang | Plaintiff |
| Biosuccess Biotech, Co., LTD | Defendant |

February 21, 2013
Date

Sign

Attorney of record for or party appearing in pro per

CV-30 (04/10)     NOTICE OF INTERESTED PARTIES