LEE TRAN & LIANG APLC
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Edward S. Quon (SBN 214197)
edward.quon@ltlattorneys.com
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

Attorneys for Defendant
Biosuccess Biotech, Co., Ltd.

ZUBER LAWLER & DEL DUCA LLP
Joshua Lawler (SBN 180760)
jlawler@zuberlaw.com
777 S. Figueroa Street, 37th Floor
Los Angeles, CA 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Plaintiff
Richard L. Chang

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. CHANG,<br><br>             Plaintiff,<br><br>      v.<br><br>BIOSUCCESS BIOTECH, CO. LTD., and<br>DOES 1 through 10,<br><br>             Defendants. | Case No. CV13 01340 JAK (ANx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:   March 1, 2013<br>Current Response Date:         March 22, 2013<br>New Response Date: April 8, 2013 |

        WHEREAS, Plaintiff Richard L. Chang filed this action against Defendant Biosuccess Biotech, Co. Ltd. on February 22, 2013, and served the Complaint on Defendant on March 1, 2013;

1    WHEREAS, pursuant to Local Rule 8-3, Plaintiff and Defendant have

2    agreed to extend the time within which Defendant must answer or otherwise respond

3    to the Complaint for not more than 15 days, until April 8, 2013;

4    NOW, THEREFORE, Plaintiff and Defendant, through their respective

5    counsel, hereby stipulate as follows:

6    1.    Defendant Biosuccess Biotech, Co. Ltd. shall have until April 8, 2013

7    within which to answer or otherwise respond to the Complaint in the above-

8    captioned matter.

9

10   Dated:  March 15, 2013          **LEE TRAN & LIANG APLC**

11

12                                   By:    /s/ Enoch H. Liang
                                            Enoch H. Liang
13                                   Attorneys for Defendant
                                     BIOSUCCESS BIOTECH, CO., LTD.

14

15   Dated:  March 15, 2013          **ZUBER LAWLER & DEL DUCA LLP**

16
                                     By: _____
17                                         Joshua Lawler
18                                   Attorneys for Plaintiff
                                     RICHARD L. CHANG

19

20

21

22

23

24

25

26

27

28