1  LEE TRAN & LIANG APLC
   Enoch H. Liang (SBN 212324)
2  enoch.liang@ltlattorneys.com
   Heather F. Auyang (SBN 191776)
3  heather.auyang@ltlw.com
   Lisa J. Chin (SBN 259793)
4  lisa.chin@ltlattorneys.com
   601 S. Figueroa Street, Suite 4025
5  Los Angeles, CA 90017
   Telephone: (213) 612-3737
6  Facsimile: (213) 612-3773

7  Attorneys for Defendant
   Biosuccess Biotech, Co., Ltd.
8

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  RICHARD L. CHANG,                    Case No. CV13-01340 JAK (ANx)

14         Plaintiff,

15      v.                               **RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 7.1-1 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANT BIOSUCCESS BIOTECH, CO. LTD.**

16  BIOSUCCESS BIOTECH, CO. LTD., and DOES 1 through 10,

17         Defendants.

18

19

20

21

22

23

24

25

26

27                                       **RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 7.1-1 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANT BIOSUCCESS BIOTECH, CO. LTD.**
28                                       **Case No. CV13-01340 JAK (ANx)**

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Biosuccess Biotech, Co. Ltd. ("Biosuccess") and the undersigned counsel for Biosuccess certifies that Biosuccess has no parent corporations and no publicly-held corporations own 10% or more of Biosuccess' common stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 7.1-1, the undersigned counsel of record for Defendant Biosuccess certifies that as of this date, other than the named parties, no other parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: April 23, 2013

**LEE TRAN & LIANG APLC**

By: /s/ Enoch H. Liang
     Enoch H. Liang
Attorneys for Defendant
BIOSUCCESS BIOTECH, CO., LTD.

1

**RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 7.1-1 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANT BIOSUCCESS BIOTECH, CO. LTD.**
**Case No. CV13-01340 JAK (ANx)**