# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD L. CHANG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BIOSUCCESS BIOTECH, CO., LTD and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | CASE NO. CV13-01340-JAK (ANx)<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS (L.R. 7-1)** |

　　　　IT IS HEREBY ORDERED that Plaintiff Richard L. Chang shall have until August 15, 2013 to answer or otherwise respond to Defendant Biosuccess Biotech Co., Ltd.'s counterclaims.

Dated: July 26, 2013　　　　By: _____
　　　　　　　　　　　　　　　　Honorable John A. Kronstadt
　　　　　　　　　　　　　　　　Judge of the United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28