JEFFREY J. ZUBER (SBN 220830)
jzuber@zuberlaw.com
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Plaintiff
RICHARD L. CHANG

Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Heather F. Auyang (SBN 191776)
heather.auyang@ltlw.com
Lisa J. Chin (SBN 259793)
lisa.chin@ltlattorneys.com
**LEE TRAN & LIANG APLC**
601 S. Figueroa Street, Suite 4025
Los Angeles, California 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

Attorneys for Defendant
BIOSUCCESS BIOTECH, CO., LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. CHANG, <br><br> Plaintiff, <br><br> v. <br><br> BIOSUCCESS BIOTECH, CO., LTD and DOES 1 through 50, Inclusive, <br><br> Defendants. | CASE NO. CV13-01340-JAK (ANx) <br><br> **JOINT STATUS REPORT RE: MEDIATION OUTCOME** |

/ / /

/ / /

/ / /

1913-1002 : 334476.1

JOINT STATUS REPORT

Plaintiff Richard L. Chang ("Chang") and Defendant Biosuccess Biotech Co., Ltd. ("Biosuccess"), by and through their respective attorneys of record, hereby submit this Joint Report in the above-referenced action.

Pursuant to Local Rule 16-15.4, No. 3 (private mediation), the parties mediated this matter on August 26, 2013, before Mediator, Jeff Kichaven. Plaintiff was represented by Ben Chang and attorney of record Jeffrey J. Zuber. Defendants were represented by Biosuccess CEO Fred Wu, and attorneys of record Enoch Liang and Heather Auyang, as well as foreign counsel George Shih. The parties did not reach settlement, but have agreed to continue settlement discussions in good faith.

Dated: August 27, 2013                Respectfully submitted:

**ZUBER LAWLER & DEL DUCA LLP**
JEFFREY J. ZUBER


By: /s/ *Jeffrey J. Zuber*
Attorneys for Plaintiff
RICHARD L. CHANG

Dated: August 27, 2013                Respectfully submitted:

**LEE TRAN & LIANG APLC**
ENOCH H. LIANG


By: /s/ *Enoch H. Liang*
Attorneys for Defendant
BIOSUCCESS BIOTECH, CO., LTD.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Los Angeles, State of California. My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017.

On August 27, 2013, I served true copies of the following document(s) described as **JOINT STATUS REPORT RE: MEDIATION OUTCOME** on the interested parties in this action as follows:

LEE TRAN & LIANG APLC
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Heather F. Auyang (SBN 191776)
heather.auyang@ltlw.com
Lisa J. Chin (SBN 259793)
lisa.chin@ltlattorneys.com
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773
*Attorneys for Defendant*
*Biosuccess Biotech, Co., Ltd.*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 27, 2013, at Los Angeles, California.

*/s/ Debbie J. Ellis*
Debbie J. Ellis