# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV13-01340 JAK (ANx) | Date | September 9, 2013 |
| Title | Richard L. Chang v. Biosuccess Biotech Co., Ltd., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jeffrey J. Zuber | Enoch H. Liang |

**Proceedings:**   **POST MEDIATION STATUS CONFERENCE**

**STATUS CONFERENCE RE SCHEDULING**

The status conference is held. The Court has reviewed the parties' Status Report. Dkt. 33. Counsel report that the parties intend to participate in further settlement discussions but have not yet determined a date or whether they will meet again with Jeff Kichaven. The Court directs counsel to confer and file a joint status report by September 16, 2013, which shall address: (i) whether the parties will participate in a further session with Jeff Kichaven or seek the assistance from an alternate settlement method; (ii) the agreed upon date for the continued settlement conference; and (iii) the names of the parties and decision-makers who will be present at the settlement conference.

The Court continues the Post Mediation Status Conference to December 2, 2013 at 1:30 p.m. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on December 2, 2013, if such notice is filed on or before November 22, 2013. If a notice of settlement is not filed, counsel shall file a joint report by November 22, 2013, regarding the status of settlement and whether a further session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

**IT IS SO ORDERED.**

| | : | 04 |
|---|---|---|
| Initials of Preparer | ak | |