JEFFREY J. ZUBER (SBN 220830)
 *jzuber@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Plaintiff RICHARD L. CHANG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD L. CHANG, | CASE NO. CV13-01340-JAK (ANx) |
| Plaintiff, | **JOINT STATUS REPORT RE SETTLEMENT EFFORTS** |
| v. | |
| BIOSUCCESS BIOTECH, CO., LTD and DOES 1 through 50, Inclusive, | |
| Defendants. | |
| BIOSUCCESS BIOTECH CO., LTD., and DOES 1 through 10, | |
| Counterclaimants, | |
| v. | |
| RICHARD CHANG, | |
| Counterdefendant. | |

TO THE COURT:

As per this Court's Order dated September 9, 2013, the parties jointly submit this joint post-mediation status report.

On Thursday, September 12, 2013, Defendant/Counterclaimant BioSuccess Biotech Co., Ltd. ("BioSuccess") formulated and delivered a settlement proposal to

Plaintiff/Counterdefendant Richard L. Chang ("Chang").  After deliberation, Chang has determined that this offer is not acceptable.  Furthermore, it has become apparent that any alternative dispute resolution procedure would be unproductive at this time since both parties are presently resolved to own the intellectual property rights at issue in the action.  Counsel for both parties will continue to informally pursue settlement.

Dated: September 16, 2013                    Respectfully submitted:

                  **ZUBER LAWLER & DEL DUCA LLP**
                  JEFFREY J. ZUBER

             By: */s/ Jeffrey J. Zuber*
                  Attorneys for Plaintiff RICHARD L. CHANG

Dated: September 16, 2013                    Respectfully submitted:

                  **LEE TRAN & LIANG APLC**
                  ENOCH H. LIANG

             By: */s/ Enoch H. Liang*
                  Attorneys for Defendant BIOSUCCESS BIOTECH, CO., LTD.

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017.

On September 16, 2013, I served true copies of the following document(s) described **JOINT STATUS REPORT RE SETTLEMENT EFFORTS** on the interested parties in this action as follows:

LEE TRAN & LIANG APLC
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Heather F. Auyang (SBN 191776)
heather.auyang@ltlw.com
Lisa J. Chin (SBN 259793)
lisa.chin@ltlattorneys.com
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773
*Attorneys for Defendant*
*Biosuccess Biotech, Co., Ltd*.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 16, 2013, at Los Angeles, California.

      */s/ Lani Martinez*
      Lani Martinez