1  LEE TRAN LIANG & WANG APLC
   Enoch H. Liang (SBN 212324)
2  enoch.liang@ltlattorneys.com
   Heather F. Auyang (SBN 191776)
3  heather.auyang@ltlw.com
   Lisa J. Chin (SBN 259793)
4  lisa.chin@ltlattorneys.com
   601 S. Figueroa Street, Suite 3900
5  Los Angeles, CA 90017
   Telephone: (213) 612-8900
6  Facsimile: (213) 612-3773

7  Attorneys for Defendant
   Biosuccess Biotech, Co., Ltd.
8

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  RICHARD L. CHANG,                    Case No. CV13-01340 JAK (ANx)

14         Plaintiff,

15      v.                               **DEFENDANT BIOSUCCESS'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79.5-1 AND GENERAL ORDER 10-07**

16  BIOSUCCESS BIOTECH, CO., LTD.,
    and DOES 1 through 10,

17         Defendants.

18

19

20

21  BIOSUCCESS BIOTECH, CO., LTD.,       Hon:   John A. Kronstadt
    and DOES 1 through 10,               Place: Courtroom 750
22

23         Counterclaimants,

24      v.

25  RICHARD L. CHANG,

26         Counter-Defendant.

27

28

Defendant Biosuccess Biotech, Co., Ltd. ("Biosuccess") requests the Court's permission to file certain documents under seal, and, as grounds, states as follows:

WHEREAS Third-Party David Chou has designated information contained in Exhibit G to the DECLARATION OF ENOCH H. LIANG IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION FOR: (1) TEMPORARY RESTRAINING ORDER; (2) OSC RE PRELIMINARY INJUNCTION ("TRO/PI Motion") as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY";

WHEREAS portions of the TRO/PI Motion quote from or reference information designated by Third-Party David Chou as "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY";

WHEREAS Paragraph 12.3 of the parties' Confidentiality Order (Docket No. 46) provides that documents designated as "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" are to be filed under seal; and

WHEREAS Local Rule 79-5.1 provides that a party wishing to file a document under seal must obtain the Court's permission to do so;

THEREFORE, Defendant respectfully requests the Court's permission to file under seal portions of the TRO/PI Motion and Exhibit G to the Liang Declaration in Support thereof.

Enclosed with this Application are (1) a Proposed Order granting the Application, (2) an unredacted version of the TRO/PI Motion, and (3) Exhibit G to the Liang Declaration.

Dated:  December 10, 2013

**LEE TRAN LIANG & WANG LLP**

By: _____
Enoch H. Liang
Attorneys for Defendant
BIOSUCCESS BIOTECH, CO., LTD.