Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com

Attorneys for Plaintiff
RICHARD L. CHANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Richard L. Chang**,

    Plaintiff;

v.

**Biosuccess Biotech Co. Ltd.**, and **Does 1 through 10**,

    Defendants.

**Biosuccess Biotech, Co. Ltd.**,

    Counterclaimant,

v.

**Richard L. Chang**, and **Does 1 through 10**,

    Counterclaim Defendants.

**Case No. CV13-01340 JAK (ANx)**

**JOINT STIPULATION EXTENDING FILING DEADLINES RE: DEFENDANT'S APPLIATION FOR TEMPORARY RESTRAINING ORDER**

Honorable John A. Kronstadt
Courtroom 750

1    Plaintiff Richard L. Chang and Defendant Biosuccess Biotech Co., Ltd. (collectively, the "Parties") jointly submit this Stipulation and Proposed Order.

The Parties agree to extend the following deadlines to submit papers regarding Defendant's Ex Parte Application for: (1) Temporary Restraining Order; (2) OSC Re Preliminary Injunction and Memorandum of Points and Authorities in Support Thereof ("TRO Application"):

| Papers | New Deadline |
|---|---|
| Plaintiff's Opposition to Defendant's TRO Application | December 12, 2013, 5:00 pm |
| Defendant's Reply in Support of TRO Application | December 16, 2013, 12:00 pm[1] |

COMPUTERLAW GROUP LLP

Dated: December 11, 2013    By:  /s/ Jack Russo
                                 Jack Russo
                                 Christopher Sargent

                                 Attorneys for Plaintiff
                                 RICHARD L. CHANG

Dated: December 11, 2013    LEE TRAN LIANG & WANG LLP

                            By:  /s/ Enoch H. Liang
                                 Enoch H. Liang

                                 Attorneys for Defendant
                                 BIOSUCCESS BIOTECH, CO., LTD.

IT IS SO ORDERED:

Dated: _____, 2013    _____
                                Hon. John A. Kronstadt

---

[1] Assuming that the Court permits and considers Reply briefs in support of *ex parte* TRO papers.