LEE TRAN LIANG & WANG LLP
  Enoch H. Liang (SBN 212324)
enoch.liang@ltlw.com
  Heather F. Auyang (SBN 191776)
heather.auyang@ltlw.com
  Lisa J. Chin (SBN 259793)
lisa.chin@ltlw.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

Attorneys for Defendant
Biosuccess Biotech, Co., Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. CHANG,<br><br>  Plaintiff,<br><br>  v.<br><br>BIOSUCCESS BIOTECH, CO., LTD., and DOES 1 through 10,<br><br>  Defendants. | Case No. CV13-01340 JAK (ANx)<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT'S EX PARTE APPLICATION TO QUASH PLAINTIFF'S THIRD PARTY SUBPOENA [Dkt No. 89]** |
| BIOSUCCESS BIOTECH, CO., LTD.,<br><br>  Counterclaimants,<br><br>  v.<br><br>RICHARD L. CHANG, and DOES 1 through 10,<br><br>  Counter-Defendants. | **[_DISCOVERY MATTER_]**<br><br>Hon:   Arthur Nakazato<br>Place: Courtroom 6B<br><br>Date:  NONE<br>Time:  N/A |

## NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION

Defendant Biosuccess hereby withdraws its *ex parte* application seeking to quash Plaintiff's December 30, 2013 third party subpoena to Defendant's former patent counsel Patent Networks Law Group PLLC (which called for production of attorney-client and work product privileged documents by January 14, 2014) for the following reason(s):

- Today, Plaintiff voluntarily withdrew its December 30, 2013 third party subpoena to Patent Networks;
- Today, Plaintiff issued a second third party subpoena to Patent Networks, calling for production of documents by January 27, 2014; and
- The parties' counsel are continuing to meet and confer in good faith in order to reach a stipulation regarding how to deal with attorney-client privileged and attorney work product documents called for by Plaintiff's third party subpoena to Patent Law Networks.

However, given the short timing of the called-for production in the third party subpoena to Patent Networks, Defendandant reserves all rights and remedies to seek court intervention—including on an *ex parte* basis—on Plaintiff's third party subpoena issued today.

Dated: January 15, 2014

Respectfully Submitted,

LEE TRAN LIANG & WANG LLP

By: /s/ Enoch H. Liang
Enoch H. Liang
Attorneys for Defendant
BIOSUCCESS BIOTECH, CO., LTD.

1

NOTICE OF WITHDRAWAL OF
DEFENDANT'S EX PARTE APPLICATION RE
THIRD PARTY SUBPOENA
Case No. CV13-01340 JAK (ANx)