# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD L. CHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>BIOSUCCESS BIOTECH, CO., LTD., and DOES 1 through 10,<br><br>    Defendants. | Case No. CV13-01340 JAK (ANx)<br><br>**ORDER GRANTING IN PART MOTION FOR MODIFICATION OF SCHEDULING ORDER PURSUANT TO FED. R. CIV. P. 16(B)(4)** |
| BIOSUCCESS BIOTECH, CO., LTD.,<br><br>    Counterclaimants,<br><br>    v.<br><br>RICHARD L. CHANG, and DOES 1 through 10,<br><br>    Counter-Defendants. | |

The Court, having read and considered Defendant Biosuccess Biotech, Co. Ltd.'s ("Biosuccess") Motion to Modify Scheduling Order (the "Motion" (Dkt. 86)), the supporting declaration and evidence offered in support thereof, the Opposition to the Motion (Dkt. 93) and the supporting declarations and other materials filed therewith, good cause has been shown for a 30-day continuance of certain of the present dates in this matter. A shorter continuance of other dates is also appropriate. The Court defers a decision as to whether live testimony will be permitted at the March 10, 2014 hearing on Defendants' motion for a preliminary injunction until after the close of briefing on that motion.

The new dates are as follows:

1. Non-Expert Discovery Cut-Off, previously set for January 31, 2014, is now set for March 3, 2014.
2. Initial Expert Disclosures, previously set for February 7, 2014, are now set for March 7, 2014.
3. Rebuttal Expert Disclosures, previously set for February 21, 2014, are now set for March 21, 2014.
4. Expert Discovery Cut-Off, previously set for March 14, 2014, is now set for April 4, 2014.
5. Last day to hear motions, previously set for March 10, 2014, is now set for April 21, 2014 at 8:30 a.m. This date is reserved for any motions, which shall be filed timely consistent with the Local Rules. Counsel shall contact the Clerk if it is determined that the April 21, 2014 hearing on any motion(s) is not necessary.
6. Final Pretrial Conference/Motions in Limine, previously set for April 28, 2014, is now set for June 2, 2014 at 3:00 p.m.
7. Status Conference re Exhibits, previously set for May 9, 2014, is now set for June 13, 2014 at 3:00 p.m.
8. Trial, previously set for May 13, 2014, is not set for June 17, 2014 at

        9:00 a.m.

9.     There will be no further continuances.

It is so Ordered

January 28, 2014

_____
The Hon. John A. Kronstadt
United States District Judge

2
DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER