| | |
|---|---|
| Jack Russo (Cal. Bar No. 96068)<br>Christopher Sargent (Cal. Bar No. 246285)<br>COMPUTERLAW GROUP LLP<br>401 Florence Street<br>Palo Alto, CA 94301<br>650-327-9800<br>650-618-1863 (fax)<br>jrusso@computerlaw.com<br>csargent@computerlaw.com<br><br>Attorneys for Plaintiff<br>RICHARD L. CHANG | LEE TRAN & LIANG LLP<br>Enoch H. Liang (SBN 212324)<br>enoch.liang@ltlattorneys.com<br>Heather F. Auyang (SBN 191776)<br>heather.auyang@ltlattorneys.com<br>601 S. Figueroa Street, Suite 3900<br>Los Angeles, CA 90017<br>Telephone: (213) 612-8900<br>Facsimile: (213) 612-3773<br><br>Attorneys for Defendant<br>Biosuccess Biotech, Co., Ltd. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. CHANG,<br><br>  Plaintiff,<br><br>  v.<br><br>BIOSUCCESS BIOTECH, CO., LTD., and DOES 1 through 10,<br><br>  Defendants.<br><br>―――――――――――――<br><br>BIOSUCCESS BIOTECH, CO., LTD.,<br><br>  Counterclaimant,<br><br>  v.<br><br>RICHARD L. CHANG,<br><br>  Counter-Defendant. | Case No. CV13-01340 JAK (ANx)<br><br>**STIPULATION TO TAKE HEARING FOR PRELIMINARY INJUNCTION (DKT 70), MOTION TO STRIKE (DKT 69) AND MOTION TO JOIN DR. ZHENG TAO HAN AS A PARTY (DKT 87)  OFF-CALENDAR**<br><br>**[PROPOSED ORDER FILED CONCURRENTLY]**<br><br>Hon: John A. Kronstadt<br>Date: March 10, 2014<br>Time: 8:30 a.m.<br>Place: Courtroom 750 |

**THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE AS FOLLOWS:**

WHEREAS, on December 10, 2013, Defendant Biosuccess Biotech Co. Ltd. ("Defendant") moved *ex parte* for a temporary restraining order and order to show cause regarding a preliminary injunction against Plaintiff Richard Chang ("Plaintiff") (Dkt. No. 50);

WHEREAS, on December 12, 2013, Plaintiff filed an opposition to Defendant's motion (Dkt. No. 56) and motion to strike (Dkt. No. 69);

WHEREAS, on December 13, 2013, the Court issued an order denying Defendant's *ex parte* application for a temporary restraining order and granting Defendant's application for the issuance of an order to show cause as to a preliminary injunction, setting the hearing for Defendant's motion for March 10, 2014 at 8:30 am (Dkt. No. 70); and

WHEREAS, on January 13, 2014, Defendant filed a motion to join Dr. Zheng Tao Han as a party with a hearing date for March 10, 2014 at 8:30 am (Dkt. No. 87); and

WHEREAS, on January 27, 2014, Plaintiff filed a Conditional Non-Opposition (Dkt. No. 99);

WHEREAS, the parties have this week been engaged in extensive depositions and based on testimony elicited regarding Plaintiff's activities, Defendant has agreed to take the motion for preliminary injunction off-calendar; and

WHEREAS, the parties agree that Dr. Han should be joined as a party.

THEREFORE, the parties hereby agree and stipulate as follows:

1. The hearing on Defendant's motion for preliminary injunction, currently scheduled for March 10, 2014 at 8:30 am shall be taken off-calendar;

2. The agreement to take the hearing for the preliminary injunction off-calendar is *without prejudice* to Defendant and Defendant may bring the motion for

preliminary injunction at a later date;

3. If Defendant brings a motion for preliminary injunction against Plaintiff or Rich Pharmaceuticals, Inc., Imagic, LLC, Ben Chang, or Richard L. Chang Holdings, LLC on a later date, Defendant's motion(s) shall have a retroactive filing date of December 10, 2013;

4. Plaintiff's motion to strike (Dkt. No. 69) is moot and the hearing currently scheduled for March 10, 2014 at 8:30 am shall be taken off-calendar *without prejudice* to Plaintiff bringing the motion to strike in the future should the same evidence be cited for some other purpose;

5. The parties agree that Dr. Han should be joined as a party and the hearing currently scheduled for March 10, 2014 at 8:30 am shall be taken off-calendar.

Dated: March 7, 2014

**COMPUTERLAW GROUP LLP**

By: /s/ Chris Sargent
    Jack Russo or Chris Sargent
Attorneys for Plaintiff
RICHARD CHANG

Dated: March 7, 2014

**LEE TRAN & LIANG LLP**

By: /s/ Enoch Liang
    Enoch H. Liang
Attorneys for Defendant
BIOSUCCESS BIOTECH, CO., LTD.

### ATTESTATION OF E-FILED SIGNATURES

I, Heather F. Auyang, am the ECF user whose ID and password are being used to file this STIPULATION TO TAKE HEARING FOR PRELIMINARY

1 | INJUNCTION (DKT 70), MOTION TO STRIKE (DKT 69) AND MOTION TO
2 | JOIN DR. ZHENG TAO HAN AS A PARTY (DKT 87) OFF-CALENDAR.  In
3 | compliance with Civil L.R. 5-4.3.4, I hereby attest that Chris Sargent has concurred
4 | in this filing's content and has authorized this filing.
5 |
6 |
7 | Dated:  March 7, 2014                    By: /s/ Heather F. Auyang
   |                                               Heather F. Auyang
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |