UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | LA CV13-01340 JAK (ANx) | Date | April 21, 2014 |
|---|---|---|---|
| Title | Richard L. Chang v. Biosuccess Biotech Co., Ltd., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jack Russo | Enoch H. Liang |

**Proceedings:** DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS (DKT. 102);

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DKT. 111, 113)

PLAINTIFF'S MOTION COMPELLING TESTIMONY OF ATTORNEY KING AT TRIAL AND PRODUCTION OF DOCUMENTS BY KING AND THIRD PARTY PATENT NETWORKS (DKT. 109);

DEFENDANT'S MOTION TO PRECLUDE DISCLOSURE OF EXPERT REPORTS AND TESTIMONY FROM PLAINTIFF'S EXPERT PAUL VAPNEK (DKT. 110)

The motion hearing is held. The Court states its tentative views that it is inclined to grant in part Defendant's Motion for Judgment on the Pleadings (the "Defendant's Motion") and deny Plaintiff's Motion for Summary Judgment (the "Plaintiff's Motion"). Additionally, the Court is inclined to deny Plaintiff's Motion Compelling Testimony of Attorney King at Trial and Production of Documents by King and Third Party Patent Networks (the "King Motion"). In light of the Court's tentative views, Defendant's Motion to Preclude Disclosure of Expert Reports and Testimony from Plaintiff's Expert Paul Vapnek (the "Vapnek Motion") is moot. Counsel address the Court. The Motions are taken UNDER SUBMISSION and a ruling will issue.

Counsel have participated in a mediation but were unable to resolve the matter. Plaintiff's counsel suggests that the parties confer further regarding settlement once a ruling is issued on the Motions.

**IT IS SO ORDERED.**

|  | : | 58 |
|---|---|---|
| Initials of Preparer | ak | |