Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
ENTREPRENEUR LAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com

Attorneys for Plaintiff
RICHARD L. CHANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Richard L. Chang**, <br><br> Plaintiff; <br><br> v. <br><br> **Biosuccess Biotech Co. Ltd.**, et al. <br><br> Defendants. <br><br> ─────────────────── <br><br> **Biosuccess Biotech, Co. Ltd.,** <br><br> Counterclaimant, <br><br> v. <br><br> **Richard L. Chang** et al., <br><br> Counterclaim Defendants. | **Case No. CV13-01340 JAK (ANx)** <br><br> **DECLARATION OF CHRISTOPHER SARGENT IN SUPPORT OF PLAINTIFF RICHARD L. CHANG'S MOTIONS *IN LIMINE* NUMBERS 1 TO 7** <br><br> Judge:   Hon. John A. Kronstadt <br> Place:   Courtroom 750 <br> Date:   June 2, 2014 <br> Time:   3:00 p.m. <br><br> Trial:   June 17, 2014 |

Entrepreneur Law Group LLP

Entrepreneur Law Group LLP

1    I, Christopher Sargent, declare under penalty of perjury as follows:

2    1.    I am an attorney admitted to practice before this Court, and I am a

3    partner at the law firm of Entrepreneur Law Group LLP, counsel for Plaintiff

4    Richard L. Chang in this matter. I have personal knowledge of the facts set forth in

5    this declaration, and if called to do so I could and would testify competently to the

6    same. I make the statements here of my own personal knowledge, except where

7    stated on information and belief, which statements I believe to be true, and if called

8    to do so, I could and would testify competently to those matters stated here.

9    2.    Attached as **Exhibit 1** is a true and correct copy of the Expert Report

10   of Larry Stewart served by Defendants.

11   3.    Attached as **Exhibit 2** is a true and correct copy of the Expert Report

12   of Valery Aginsky, Ph.D.

13   4.    Attached as **Exhibit 3** is a true and correct copy of a printout from

14   Lexis-Nexis of the decision in <u>Ceglia v. Zuckerberg</u>, 2013 U.S. Dist. LEXIS 45500

15   (W.D.N.Y. Mar. 26, 2013).

16   5.    Attached as **Exhibit 4** is a true and correct copy of selected pages of

17   the deposition of Fred Wu.

18   6.    Attached as **Exhibit 5** is a true and correct copy of selected pages of

19   the deposition of  Zheng Tao Han.

20

21   I declare under penalty of perjury that the foregoing are true and correct of

22   my personal knowledge, and that this Declaration was entered into on this 5th day

23   of May 2014 in Palo Alto, California.

24

25                    /s/ Christopher Sargent
                      Christopher Sargent

26

27

28