1 | Jack Russo (Cal. Bar No. 96068)
2 | Christopher Sargent (Cal. Bar No. 246285)
3 | ENTREPRENEUR LAW GROUP LLP
4 | 401 Florence Street
  | Palo Alto, CA 94301
  | 650-327-9800
  | 650-618-1863 (fax)
5 | jrusso@computerlaw.com
  | csargent@computerlaw.com
6 |
7 | Attorneys for Plaintiff
  | RICHARD L. CHANG

LEE TRAN & LIANG LLP
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Heather F. Auyang (SBN 191776)
heather.auyang@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

Attorneys for Defendant
Biosuccess Biotech, Co., Ltd.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. CHANG,<br><br>    Plaintiff,<br><br>  v.<br><br>BIOSUCCESS BIOTECH, CO., LTD., and DOES 1 through 10,<br><br>    Defendants. | Case No. CV13-01340 JAK (ANx)<br><br>**PARTIES' STIPULATION CONCERNING PLAINTIFF'S MOTIONS IN LIMINE NOS. 4 [DKT. NO. 157-4] AND 6 [DKT. 155] AND TAKE OFF CALENDAR**<br><br>**[PROPOSED ORDER FILED CONCURRENTLY]** |
| BIOSUCCESS BIOTECH, CO., LTD.,<br><br>    Counterclaimant,<br><br>  v.<br><br>RICHARD L. CHANG,<br><br>    Counter-Defendant. | Hon: John A. Kronstadt<br>Date: June 2, 2014<br>Time: 3:00 p.m.<br>Place: Courtroom 750 |

**THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE AS FOLLOWS:**

WHEREAS, on May 5, 2014, Plaintiff Richard Chang ("Plaintiff") filed Motion in Limine No. 4, titled "Plaintiff's Motion In Limine No. 4 To Exclude Evidence Relating To Settlement Discussions, Including But Not Limited To All Settlement Communications, Settlement Conferences, And Settlement Briefs [Dkt. No. 157-4] ("Motion No. 4");"

WHEREAS, on May 5, 2014, Plaintiff filed Motion in Limine No. 6, titled "Plaintiff's Motion In Limine No. 6 To Exclude Documents, Testimony, And Any And All Other Evidence Not Produced In Discovery [Dkt. No. 155] ("Motion No. 6);"

WHEREAS, the Oppositions to Motions in Limine Nos. 4 and 6 are due on May 12, 2014;

WHEREAS, the Parties agree that in lieu of filing an Opposition, the Parties agree that with respect to Motion No. 4, both Plaintiff and Defendant shall ***not*** introduce evidence or testimony at trial relating to settlement discussions in this case, whether between the parties themselves, or settlements with third parties, and including any type of communication whether it be verbal, written or otherwise;

WHEREAS, the Parties agree that in lieu of filing an Opposition, the Parties agree that with respect to Motion No. 6, both Plaintiff and Defendant shall ***not*** introduce evidence at trial that was not disclosed or produced during the discovery phase.  This exclusion shall not apply to impeachment evidence and impeachment witnesses at trial.  Nor shall this exclusion apply to evidence or testimony that was disclosed in the following "three cases":

- *Ben Chang v. Biosuccess Biotech, Co. Ltd., a Cayman Islands Corporation, Biosuccess Biotech, Co. Ltd., a Nevada Corporation, Chi-Ming Wu a/k/a Fred Wu, and Zheng Tao Han,* Case No.: 5:14-cv-00425-

1

LHK, United States District Court, Northern District of California.

- *Richard Chang v. Zheng Tao Han*, *Chi-Ming Wu a/k/a Fred Wu*, *Biosuccess Biotech, Co. Ltd., a Cayman Islands Corporation, and Biosuccess Biotech, Co. Ltd., a Nevada Corporation,* Case No.: 5:14-cv-00426-EJD, United States District Court, Northern District of California.

- *Biosuccess Biotech, Co., Ltd. v. Rich Pharmaceuticals, Inc.*, *IMAGIC, LLC, Richard L. Chang Holdings LLC, and Ben Chang,* Case No.: CV14-00310 JAK (ANx), United States District Court, Central District of California.

THEREFORE, the Parties hereby agree and stipulate as follows:

1.      Plaintiff's Motion in Limine No. 4 is withdrawn as moot;

2.      Plaintiff's Motion in Limine No. 6 is withdrawn as moot;

3.      Plaintiff and Defendant shall not introduce evidence or testimony at trial relating to settlement discussions in this case, whether between the parties themselves, or settlements with third parties, and including any type of communication whether it be verbal, written or otherwise, including Defendant's Deposition Exhibit No. 117;

4.      Plaintiff and Defendant shall not introduce evidence at trial that was not disclosed or produced during the discovery phase.  This exclusion shall not apply to impeachment evidence and impeachment witnesses at trial.  Nor shall this exclusion apply to evidence or testimony that was disclosed in the three cases; and

5.      The hearing on Defendants' Motion in Limine Nos. 4 and 6, currently scheduled for June 2, 2014 shall be taken off-calendar.

Dated:  May 8, 2014

**ENTREPRENEUR LAW GROUP LLP**

**PARTIES' STIPULATION CONCERNING PLAINTIFF'S**
**MOTIONS IN LIMINE NOS. 4 [DKT. NO. 157-4] AND 6 [DKT. 155] AND TAKE OFF CALENDAR**
**Case No. CV13-01340 JAK (ANx)**

By:  /s/ Chris Sargent
Chris Sargent
Attorneys for Plaintiff
RICHARD CHANG

Dated:  May 8, 2014

**LEE TRAN & LIANG LLP**

By:  /s/ Enoch Liang
Enoch H. Liang
Attorneys for Defendant
BIOSUCCESS BIOTECH, CO., LTD.

### ATTESTATION OF E-FILED SIGNATURES

I, Heather F. Auyang, am the ECF user whose ID and password are being used to file this PARTIES' STIPULATION CONCERNING PLAINTIFF'S MOTIONS IN LIMINE NOS. 4 [DKT. NO. 157-4] AND 6 [DKT. 155] AND TAKE OFF CALENDAR.  In compliance with Civil L.R. 5-4.3.4, I hereby attest that Chris Sargent has concurred in this filing's content and has authorized this filing.

Dated:  May 8, 2014

By: /s/ Heather F. Auyang
Heather F. Auyang

**PARTIES' STIPULATION CONCERNING PLAINTIFF'S
MOTIONS IN LIMINE NOS. 4 [DKT. NO. 157-4] AND 6 [DKT. 155] AND TAKE OFF CALENDAR
Case No. CV13-01340 JAK (ANx)**