1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  ENTREPRENEUR LAW GROUP
   401 Florence Street
3  Palo Alto, CA 94301
   (650) 327-9800
4  (650) 618-1863 fax
   jrusso@computerlaw.com
5  csargent@computerlaw.com

6  Attorneys for Plaintiff
   RICHARD L. CHANG
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 **Richard L. Chang**,

12         Plaintiff;

13      v.

14 **Biosuccess Biotech Co. Ltd.**, et al.

15         Defendants.

16

17 **Biosuccess Biotech, Co. Ltd.**,

18         Counterclaimant,

19      v.

20 **Richard L. Chang** et al.,

21         Counterclaim Defendants.

**Case No. CV13-01340 JAK (ANx)**

**NOTICE OF ERRATA AND CORRECTION TO EXHIBITS 4 AND 5 TO THE DECLARATION OF CHRISTOPHER SARGENT IN SUPPORT OF MOTIONS *IN LIMINE* 1-7 (DKT. 157)**

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Plaintiff Richard L. Chang hereby provides notice of errata and correction as follows:

On May 5, 2014, Plaintiff filed Christopher Sargent's Declaration and Exhibits in Support of Motions *in Limine* 1-7 (Docket 157) and attached the incorrect exhibits (157-4 and 157-5). This errata is to amend the exhibits that were filed incorrectly so that the correct exhibits in support of the declaration may be filed on the record.

Corrected exhibits to the Sargent Declaration in support of Motions *In Limine* 1-7 are attached hereto as Exhibits 4 and 5 and replace current docket numbers 157-4 and 157-5.

Dated: May 8, 2014

RESPECTFULLY SUBMITTED,
ENTREPRENEUR LAW GROUP LLP

By: /s/ Christopher Sargent
Jack Russo
Christopher Sargent

Attorneys for Plaintiff
RICHARD L. CHANG