UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV13-01340 JAK (ANx)<br>Consolidated Cases:<br>LA CV14-00310 JAK (ANx)<br>LA CV14-04511 JAK (ANx)<br>LA CV14-04446 JAK (ANx) | Date | October 27, 2014 |
|---|---|---|---|
| Title | Richard L. Chang v. Biosuccess Biotech Co., Ltd, et al.<br>*(Biosuccess Biotech Co. Ltd v. Rich Pharmaceuticals Inc. et al; Richard Chang v. Zheng Tao Han et al; Ben Chang v. Biosuccess Biotech, Co. Ltd. et al)* | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jack Russo<br>Christopher J. Sargent | Enoch H. Liang<br>Heather F. Auyang<br>Edward S. Quon |

**Proceedings:** COUNTERDEFENDANTS' MOTION TO DISMISS COMPLAINT FROM CONSOLIDATED CASE CV13-00310 JAK; OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT (DKT. 205)

PLAINTIFF'S CONSOLIDATED MOTION TO DISMISS DEFENDANTS' FIRST AMENDED COUNTERCLAIMS (DKT. 234, CV14-04511)

PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS (DKT. 240, CV14-04446)

BIOSUCCESS AND ZHENG TAO HAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. 248)

BIOSUCCESS PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LABOR CLAIMS (DKT. 249)

BIOSUCCESS AND ZHENG TAO HAN'S MOTION TO DISMISS RICHARD L. CHANG'S DECLARATORY RELIEF CLAIM IN HIS COMPLAINT RE INVENTORSHIP OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV13-01340 JAK (ANx)<br>Consolidated Cases:<br>LA CV14-00310 JAK (ANx)<br>LA CV14-04511 JAK (ANx)<br>LA CV14-04446 JAK (ANx) | Date | October 27, 2014 |
| Title | Richard L. Chang v. Biosuccess Biotech Co., Ltd, et al.<br>*(Biosuccess Biotech Co. Ltd v. Rich Pharmaceuticals Inc. et al; Richard Chang v. Zheng Tao Han et al; Ben Chang v. Biosuccess Biotech, Co. Ltd. et al)* | | |

**JUDGMENT (DKT. 250, CV14-04511)**

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON UNPAID MONIES DUE AND OWING (DKT. 251, CV14-04511)**

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON UNPAID WAGES (DKT. 252, CV14-04446)**

**COUNTERDEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON BIOSUCCESS BIOTECH CO., LTD'S FIRST CAUSE OF ACTION FOR PATENT INFRINGEMENT (DKT. 253, CV14-00310)**

**JOINDER BY RICHARD L. CHANG IN MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS RICH PHARMACEUTICALS (DKT. 254, CV14-00310)**

**PLAINTIFF'S MOTION (REQUEST) TO STRIKE UNAUTHENTICATED LETTER (DKT. 279) [COURT DEEMING AS REQUEST]**

The motion hearing is held. Counsel address the tentative ruling on the subject motions (Dkt. 372). The motions remain UNDER SUBMISSION and a final ruling will be issued.

Counsel shall file a chart comparing the evidence submitted in their respective evidentiary objections and motions in limine indicating in order to eliminate duplication.

The Final Pretrial Conference is set for January 5, 2015, with the Court Trial on Phase I to commence on January 20, 2015 at 9:00 am. Counsel shall continue to work collaboratively to reduce any disputes prior to the January 5, 2015 hearing. Any amended pretrial documents are to be filed no later than December 29, 2014.

**IT IS SO ORDERED.**

| | : | 39 |
|---|---|---|
| Initials of Preparer | ak | |